UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA BOHLER, | No. 1:26-cv-00214-JLT-CDB (PC) |
| Plaintiff, | ORDER RESETTING SETTLEMENT CONFERENCE TO BE HELD VIA **ZOOM VIDEOCONFERENCE** |
| v. | |
| STATE OF CALIFORNIA, et al., | (ECF No. 16) |
| Defendants. | |

This case is currently set for an in-person settlement conference before the undersigned on September 23, 2026.

Because Plaintiff is currently incarcerated, the Court shall reset the settlement conference to be held via Zoom videoconference.

Accordingly, it is HEREBY ORDERED that:

1.    The settlement conference set for September 23, 2026, at 1:30 p.m. will be held **via the Zoom videoconferencing application.**  The Court will issue any necessary transportation order in due course.

2.  Prior to the conference, the parties shall contact Courtroom Deputy Jan Nguyen at (559) 499-5672 or jnguyen@caed.uscourts.gov for the video and dial-in information, including any necessary passcodes.

IT IS SO ORDERED.

Dated:    **May 14, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

1